IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. B-09-1487 |
| § | |
| MATILDE VARGAS-SOTELO § | |

**ORDER**

BE IT REMEMBERED on this 26th day of April, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed January 21, 2010, wherein the defendant Matilde Vargas-Sotelo waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Matilde Vargas-Sotelo to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Matilde Vargas-Sotelo guilty of the offense of knowingly and intentionally possessing with intent to distribute a quantity more than 5 kilograms of cocaine, in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. 2.

Signed this 26th day of April, 2010.

_____
Andrew S. Hanen
United States District Judge